# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### 09-13-00153-CV
_____

### In Re Commitment of Vernon Lee Asbell

_____

### On Appeal from the 435th District Court
### Montgomery County, Texas
### Trial Cause No. 12-09-09657 CV

_____

### ORDER

The clerk's record in the above styled and numbered cause was filed April 23, 2013, and the reporter's record was filed May 2, 2013. On July 12, 2013, the appellant's retained attorney, Scott Pawgan, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief had been filed. Although the brief of the appellant was due to be filed June 3, 2013, the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State and counsel for the appellant, and

the appellant shall appear in person or by telephone. *See* Tex. R. App. P. 38.8(a)(2). We direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether good cause exists for retained counsel, Scott Pawgan, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Health and Safety Code Ann. Sec. 841.005 (West 2008). If the trial court determines that good cause exists to relieve counsel of his duties and the appellant is indigent, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before September 30, 2013.

ORDER ENTERED August 29, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.